# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR194 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| MISAEL PEREZ ZARAGOSA | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to this Defendant only without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Misael Perez Zaragosa only.

The Clerk is directed to transmit copies of this Order electronically to the United States Attorney, United States Probation Office, the United States Marshal and Defendant's counsel.

Signed: October 31, 2006

Lacy H. Thornburg
United States District Judge